FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-0558
LT Case Nos. 2022-CF-1166
2022-CF-1179

_____

RAYMOND CLAUDIO,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus,
Elizabeth A. Morris, Respondent Judge.

Raymond Claudio, Lake City, pro se.

No Appearance for Respondent.

August 30, 2024

PER CURIAM.

This Court previously denied Petitioner's petition for writ of mandamus stemming from Putnam County Circuit Court Case Nos. 2022-CF-1166 and 2022-CF-1179. Because it appears that Petitioner's repeated motions and other filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case numbers may result in sanctions such as a bar

on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

JAY, EISNAUGLE, and HARRIS, JJ., concur.